IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

CAMELIA GOCAN,                          )
                                        )
                Plaintiff,              )   TC-MD 120784N
                                        )
        v.                              )
                                        )
DEPARTMENT OF REVENUE,                  )
State of Oregon,                        )
                                        )
                Defendant.              )   **DECISION OF DISMISSAL**

This matter is before the court on Defendant's Motion to Dismiss (Motion) on the ground

that Plaintiff failed to appeal within the 90 days required by ORS 305.280(2).

A case management conference was held in this matter on December 31, 2012, during

which the parties discussed Defendant's Motion. Plaintiff declined to submit a written response

to Defendant's Motion.

A review of Plaintiff's materials shows the Notice of Proposed Adjustment and/or

Distribution (Notice) was mailed to Plaintiff on May 23, 2012. Plaintiff did not timely file a

written objection with Defendant and the Notice became final on June 22, 2012. (Def's Mot at

1.) Plaintiff's Complaint was filed on October 23, 2012. That interval is longer than the 90 days

allowed under ORS 305.280(2), which states:

> "An appeal under ORS 323.416 or 323.623 or from any notice of
> assessment or refund denial issued by the Department of Revenue with respect to
> a tax imposed under ORS chapter 118, 308, 308A, 310, 314, 316, 317, 318, 321
> or this chapter, or collected pursuant to ORS 305.620, shall be filed within 90
> days after the date of the notice. An appeal from a proposed adjustment under
> ORS 305.270 shall be filed within 90 days after the date the notice of adjustment
> is final."

The court is not aware of any circumstances that extend the statutory limit of 90 days.

Defendant's Motion to Dismiss is granted. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is granted.

Plaintiff's Complaint is dismissed.

Dated this ____ day of December 2012.

ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision was signed by Magistrate Allison R. Boomer on December 31, 2012. The court filed and entered this Decision on December 31, 2012.*